

November 13, 2025

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Application **GRANTED** in part and **DENIED** in part.  The initial pretrial conference scheduled for December 2, 2025, is **ADJOURNED** to **3:30 pm on January 13, 202**6.  The pre-conference submissions are due **January 6, 2026**.  The parties shall also file a status letter on by **December 23, 2025**, on progress.  So Ordered.
>
> Dated: November 14, 2025
>          New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re:   *Richards v. Nexar, Inc.*, 25 Civ. 8211: Joint Request for Adjournment of Initial Conference

Dear Judge Schofield:

    We represent Nexar, Inc. in the above-referenced action. We write on behalf of the parties to jointly request an adjournment of the initial conference set for December 2, 2025 to the week of January 19, 2026.

    This action was filed on October 3, 2025. ECF No. 1. On October 23, 2025, Nexar agreed to waive service of the summons and complaint and Nexar must therefore file an answer or otherwise respond to the complaint by December 22, 2025. ECF No. 11. Shortly after Nexar agreed to waive service, Nexar received notice of two other lawsuits filed by two sets of different counsel, one in this District (*Socol v. Nexar, Inc.*, Case No. 25 Civ. 8982 (S.D.N.Y. Oct. 29, 2025)) and one in the Eastern District of California (*Heinz v. Nexar, Inc.*, Case No. 25 Civ. 2896 (E.D. Cal. Oct. 8, 2025)). These lawsuits allege similar facts and causes of action as this matter.

    In light of these multiple actions across two different Districts, Nexar has been in discussions with Plaintiffs' counsel in the different cases about the most efficient manner to proceed and is considering potential options, including consolidation of the actions and/or seeking to compel arbitration of the Plaintiffs' claims (which Plaintiffs would oppose). Adjournment of the initial conference will allow the parties in this and the other related matters to continue those discussions and submit a proposal to the Court on how to proceed, which may obviate the need for an initial conference and a case management plan in this case, thereby conserving resources of the Court and the parties.

    The parties therefore jointly propose to adjourn the initial conference until a convenient time the week of January 19, 2026 and to provide a further status update prior to that conference.

The Honorable Lorna G. Schofield
Page 2

      There have been no previous requests for an adjournment of the initial conference or for an extension of related deadlines.

Respectfully submitted,

*[signature]*
_____
Sagar K. Ravi
Alexander H. Southwell
MCDERMOTT WILL & SCHULTE LLP
One Vanderbilt Avenue
New York, NY 10017

*Counsel for Defendant Nexar, Inc.*

cc: All counsel of record